**Onal Gallant Bayram & Amin**
Enes Hajdarpasic, Esq.
(NJ Bar No. 028542011)
619 River Dr., Suite 340
Elmwood Park, NJ 07407
P: (201) 508-0808
enes@ogplawfirm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEHMET FARUK MERCAN<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); ALEJANDRO MAYORKAS, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; UR M. JADDOU, DIRECTOR OF USCIS; JOHN E. THOMPSON, DIRECTOR OF THE NEWARK DISTRICT OFFICE OF USCIS.<br>.<br><br>*Defendants*. | **NOTICE OF VOLUNTARY DIMSISAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br><br>Docket No. 2:23-cv-1790 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby respectfully submits this notice of voluntary dismissal without prejudice of the above referenced matter.

Dated: December 19, 2023

**ONAL GALLANT BAYRAM & AMIN**

By:  /s/ Enes Hajdarpasic
Onal Gallant Bayram & Amin
619 River Dr.
Suite 340
Elmwood Park, NJ 07407
*Attorney for Plaintiff*

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:   12/20/2023